UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALBERT B. LOU, | Case No. 21-cv-06741-JST |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL UPON SETTLEMENT** |
| ACCENTURE UNITED STATES GROUP HEALTH PLAN, et al., | Re: ECF No. 20 |
| Defendants. | |

The parties have filed a stipulation indicating that they have reached a settlement in this matter. ECF No. 20. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 90 days of the date of this order.

**IT IS SO ORDERED**.

Dated: January 3, 2022

JON S. TIGAR
United States District Judge